**DEATH PENALTY**

FILED

JAN 05 2009

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS, WACO DIVISION

| | |
|---|---|
| RAMIRO RUBI IBARRA<br><br>Petitioner,<br><br>vs.<br><br>NATHANIEL QUARTERMAN, Director,<br>Texas Department of Criminal<br>Justice, Institutional Division<br><br>Respondent. | HABEAS CORPUS<br><br>NO. 02-CV-52 |

PETITION FOR WRIT OF HABEAS CORPUS
THIS IS A CAPITAL CASE

Russell D. Hunt, Jr.,
Attorney for Petitioner
811 Nueces Street
Austin, Texas 78701
(512) 930-0860
(512) 473-8804 - Facsimile
Texas State Bar # 00790937

# TABLE OF CONTENTS

TABLE OF CONTENTS.................................................................i

PROCEDURAL HISTORY..............................................................1

STATEMENT OF FACTS..............................................................4

SUMMARY OF CLAIMS FOR RELIEF............................................11
    1. *Ex post facto* and Due process violations:.......................................11
    2. Sixth Amendment right to speedy trial and effective assistance of counsel, Eighth Amendment's prohibition on cruel and unusual punishment, Fourteenth Amendment due process violations........................................12
    3. Impermissible search and seizure violating the Fourth Amendment.....13
    4. Unduly suggestive identification procedures........................................14
    5. Admission of testimony regarding decedent's fear of Petitioner...........15
    6. Admission of testimony regarding Petitioner's reputation for sexually inappropriate behavior.......................................................15
    7. Article 37.071, Tex. Code Cr. Proc., as applied by Texas Courts, is unconstitutional because it does not provide for meaningful appellate review.........................................................................15
    8. Ineffective Assistance of Counsel..........................................................16
    9. Mr. Ibarra's execution would violate the Eighth Amendment's Prohibition against the execution of individuals with mental retardation.............16
    10. The Texas Sentencing Scheme violates the Sixth Amendment by not requiring a jury to determine an essential factual element to the offense of capital murder.......17
    11. Violation of Vienna Convention on Consular Relations......................17

ARGUMENT AND AUTHORITIES..............................................17
    Point of Error Number One...........................................................17
    Point of Error Number Two...........................................................22
        Speedy Trial..........................................................................24
        Cruel and Unusual Punishment.............................................28
    Point of Error Number Three........................................................29
        The trial court erred in denying Petitioner's Motion to Suppress......29
        Probable Cause is Required for Valid Arrest........................30
        There Were No Exigent Circumstances to Justify the Arrest....32
    Point of Error Number Four...........................................................33
        The trial court erred in refusing to exclude identification testimony.....33
        Due Process...........................................................................35
        Confrontation........................................................................38

Point of Error Number Five. ........................................... 39
    Admission of testimony regarding decedent's fear of Petitioner. ............ 39
    Harm. ............................................................ 42
Point of Error Number Six. ............................................. 43
    The trial court erred in allowing testimony concerning Petitioner's reputation for sexually inappropriate behavior, .................................... 43
Point of Error Number Seven. .......................................... 46
    Article 37.071, Tex. Code Cr. Proc., as applied by Texas Courts, is unconstitutional because it does not provide for meaningful appellate review. ........................................................ 46
    Meaningfully review ............................................... 48
    Jury has unfettered discretion ...................................... 52
Point of Error Number Eight. ........................................... 57
    Applicable legal principles. ........................................ 57
    Trial counsel's conduct was deficient. ............................... 62
    Counsel's deficient conduct was prejudicial in sentencing. ............. 92
    This claim for relief is not procedurally barred. ...................... 97
        Relevant legal principles. ..................................... 98
        The CCA's dismissal of this claim was not independent of federal law and does not preclude merits review by this Court. ............... 101
Point of Error Number Nine. ........................................... 104
    *Atkins v. Virginia*. ............................................... 105
    The Standard for Determining Mental Retardation .................... 107
    Ramiro Ibarra has mental retardation. ............................... 111
        Mr. Ibarra Has Significantly Subaverage Intellectual Functioning ..... 111
        Mr. Ibarra Has Deficits in Adaptive Functioning. .................. 113
        Mr. Ibarra Exhibited Impairment Before the Age of 18. ............. 119
    Mr. Ibarra was exposed to significant risk factors for mental retardation. ..... 120
Point of Error Number Ten. ............................................ 128
Point of Error Number Eleven. ......................................... 132
    Introduction. .................................................... 132
    The Violation of the Vienna Convention. ............................ 133
        Mexico Has Provided Crucial Assistance Since Learning of Mr. Ibarra's Detention. ................................................. 134
    Prior Proceedings. ............................................... 137
        The *Avena* Case in the International Court of Justice. .............. 137
        The Supreme Court's First Grant of Certiorari in *Medellin*. .......... 138
        The Determination by the President .............................. 139
        The Supreme Court's Decision that Federal Habeas Adjudication was Premature in Mr. Medellin's Case. ............................ 140
        Mr. Ibarra's Subsequent Proceedings. ............................ 140

      Proceedings in the Texas Court of Criminal Appeals on *Medellin's,*
          *Avena,* and Presidential Determination Claims. . . . . . . . . . . . . . 141
      The Supreme Court's Second Grant of Certiorari in the *Medellin* Case. . . . . . . 142
      Developments Since Medellin. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 144
      Standard of Review. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 147
      Mr. Ibarra was Prejudiced by the Denial of His Vienna Convention Rights. . . . 150
          The Violation of the Vienna Convention Caused Mr. Ibarra Substantial
          Prejudice That Demands A New Trial.. . . . . . . . . . . . . . . . . . . . . . . . . 150
          Mr. Ibarra Did Not Know He Had a Right to Contact his Consulate for
          Assistance.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 151
          Mr. Ibarra Would Have Contacted The Mexican Consulate Had He Been
          Apprised of His Rights.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 151
          Mexico Would Have Provided Substantial Assistance to Mr. Ibarra.. . . 152
          Even under a Stricter Prejudice Standard, The Record in This Case Clearly
          Establishes Overwhelming Prejudice.. . . . . . . . . . . . . . . . . . . . . . . . . 154

CONCLUSION AND PRAYER FOR RELIEF. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 162

CERTIFICATE OF SERVICE. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 163

VERIFICATION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 163

TABLE OF AUTHORITIES

**United States Constitution**
Article I, Section 9.................................................19, 20, 42, 48, 49, 54
Eighth Amendment....................................................................40, 41, 44
Sixth Amendment. ...........................................................................24, 35
Fourteenth Amendment..........................................................................39

**Supreme Court Cases**
*Ake v. Oklahoma*, 470 U.S. 68 (1985)...................................................12, 19
*Apprendi v. New Jersey,* 530 U.S. 466 (2000) ............ 15, 22, 28, 39, 40, 43, 47, 56, 59-61
*Atkins v. Virginia,* 536 U.S. 304 (2002)............ 12, 14, 15, 19, 22, 24, 35, 39, 40, 43, 44, 59
*Barr v. City of Columbia,* 378 U.S. 146 (1964) ............... 12, 14, 15, 22, 24, 39, 40, 43, 44
*Breard v. Greene,* 523 U.S. 371 (1998).....................................................24, 35
*Caldwell v. Mississippi,* 472 U.S. 320 (1985)..............................................19, 20
*California v. Brown,* 479 U.S. 538 (1987).......................................................55
*Clark v. Allen,* 331 U.S. 503 (1947)..............................................................149
*Cleburne v. Cleburne Living Center, Inc.,* 473 U.S. 432 (1985).............................110
*Clemons v. Mississippi,* 494 U.S. 738 (1990)....................................................50
*Coleman v. Thompson,* 501 U.S. 722 (1991).................................................98, 99
*Collins v. Youngblood,* 497 U. S. 37 (1990). ....................................................19
*Crane v. Kentucky,* 476 U.S. 683 (1986).......................................................129
*Delaware v. Prouse,* 440 U.S. 648 (1979).........................................................98
*Eddings v. Oklahoma,* 455 U.S. 104 (1982). ....................................................60
*Florida v. Nixon,* 543 U.S. 175 (2004) ......................................................90, 91
*Ford v. Georgia,* 498 U.S. 411 (1991) ..........................................................100
*Foster v. California,* 394 U.S. 440 (1969). ......................................................35
*Furman v. Georgia,* 408 U.S. 238 (1972)...........................................28, 42, 48, 50
*Gray v. Netherland,* 518 U. S. 152 (1996)......................................................148
*Gregg v. Georgia,* 428 U.S. 153 (1976). .............................28, 42, 48, 49, 54, 59
*Harris v. Reed,* 489 U.S. 255 (1989)..............................................................99
*Hines v. Davidowitz,* 312 U.S. 52 (1941) .....................................................148
*Idaho v. Wright,* 497 U.S. 805 (1990)...............................................40, 41, 44, 45
*Jackson v. Denno,* 378 U.S. 368 (1964).........................................................129
*James v. Kentucky,* 466 U.S. 341 (1984) .......................................................100
*Johnson v. Mississippi,* 486 U.S. 578 (1988) .................................................100
*Jurek v. Texas,* 428 U.S. 262 (1976). .........................................................48, 52
*Kolovrat v. Oregon,* 366 U.S. 187 (1961) .....................................................149
*Lackey v. Texas,* 514 U.S. 1045 (1995) ...........................................................28
*Lee v. Kemna,* 534 U.S. 362 (2002) .............................................................101
*Lockett v. Ohio,* 438 U.S. 586 (1978). ...........................................................60
*Medellín v. Dretke,* 543 U.S. 1032 (2004) ...............................................137-139

*Medellin v. Texas* 552 U.S. ___, 128 S.Ct. 1346 (2008). . . . . . . . . . . . . . . . . . . . . . . 141-145, 148
*Michigan v. Long*, 463 U.S. 1032 (1983) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 98, 99
*Missouri ex rel. Southern R. Co. v. Mayfield*, 340 U.S. 1 (1950). . . . . . . . . . . . . . . . . . . . . . . . . 99
*Neil v. Biggers*, 409 U.S. 188 (1972). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
*Parker v. Dugger*, 498 U.S. 308 (1991). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52, 56, 57
*Penry v. Lynaugh*, 492 U.S. 302 (1989). . . . . . . . . . . . . . . . . . . . . . . . . . 46, 105, 106, 108, 110
*Pulley v. Harris*, 465 U.S. 37 (1984). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49, 50, 53
*Ring v. Arizona*, 536 U.S. 584 (2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 128-130
*Roberts v. Louisiana*, 428 U.S. 325 (1976). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55
*Rompilla v. Beard*, 545 U.S. 374 (2005). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59, 66
*Sanchez-Llamas v. Oregon*, 584 U.S. 331 (2006). . . . . . . . . . . . . . . . . . . . . . . . . . . . 140, 145, 159
*Simmons v. United States*, 390 U.S. 377 (1968). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
*Skipper v. South Carolina*, 476 U.S. 1 (1986). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60
*Smith v. Texas*, 550 U.S. ___, 127 S.Ct. 1686 (2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 98
*Strickland v. Washington*, 466 U.S. 668 (1984). . . . . . . . . . . . . . . . . . . . . . . . . . . . 58, 69, 70, 92
*Tennard v. Dretke*, 542 U.S. 274 (2004). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60
*Terry v. Ohio*, 392 U.S. 1 (1968). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 31
*Trest v. Cain*, 522 U.S. 87 (1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 148
*Tuilaepa v. California*, 512 U.S. 567 (1994). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56
*United States v. Lovasco*, 431 U.S. 783 (1977). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
*United States v. McDonald*, 456 U.S. 1 (1982). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
*United States v. Owens*, 484 U.S. 554 (1988). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
*Walton v. Arizona,*497U.S. 639 (1990). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128
*Wiggins v. Smith*, 539 U.S. 510 (2003). . . . . . . . . . . . . . . . . 4, 58, 68-72, 89, 92, 97, 149, 155, 156
*Williams v. Taylor*, 529 U.S. 362 (2000). . . . . . . . . . . . . . . . . . . . . . . . . . . 69, 71, 72, 92, 133, 149
*Woodson v. North Carolina*, 428 U.S. 280 (1976). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54, 60, 61
*Zant v. Stephens*, 462 U.S. 862 (1983). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55

**Federal Cases**
*Ainsworth v. Woodford*, 268 F.3d 868 (9th Cir. 2001). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94
*Anderson v. Sirmons*, 476 F.3d 1131 (10th Cir. 2007). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 95
*Batchelor v. Cupp*, 693 F.2d 859 (9th Cir.1982), cert. denied, 463 U.S. 1212 (1983). . . . . . . . 149
*Battenfield v. Gibson*, 236 F.3d 1215 (10th Cir. 2001). . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61, 73
*Brownlee v. Haley*, 306 F.3d 1043 (11th Cir. 2002). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93
*Caro v. Woodford*, 280 F.3d 1247 (9th Cir. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62
*Cave v. Singletary*, 971 F.2d 1513 (11th Cir. 1992). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66
*Collier v. Turpin*, 177 F.3d 1184 (11th Cir. 1999). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93
*Correll v. Ryan*, 465 F.3d 1006 (9th Cir. 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68
*Davis v. Sec'y for the Dep't of Corrs.*, 341 F.3d 1310 (11th Cir. 2003) . . . . . . . . . . . . . . . . . . 148
*Deitz v. Money*, 391 F.3d 804 (6th Cir. 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 160
*Douglas v. Woodford*, 316 F.3d 1079 (9th Cir. 2003). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91, 93
*Frierson v. Woodford*, 463 F.3d 982 (9th Cir. 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61

*Gosier v. Welborn*, 175 F.3d 504 (7th Cir. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100
*Guerra v. Collins*, 916 F.Supp. 620 (S.D. Tex. 1995). . . . . . . . . . . . . . . . . . . . . . . . . . . 153
*Guerra v. Johnson*, 90 F.3d 1075 (5th Cir. 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 153
*Hall v. Washington*, 106 F.3d 742 (7th Cir. 1997). . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66
*Hamblin v. Mitchell*, 354 F.3d 482 (6th Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . 59, 95
*Harries v. Bell*, 417 F.3d 631 (6th Cir. 2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68
*Henderson v. Thieret*, 859 F.2d 492 (7th Cir. 1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . 149
*Hovey v. Ayers*, 458 F.3d 892 (9th Cir. 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 87
*Karis v. Calderon*, 283 F.3d 1117 (9th Cir. 2002). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93
*Lambright v. Schriro*, 490 F.3d 1103 (9th Cir. 2007) . . . . . . . . . . . . . . . . . . . . . 60, 63, 68
*Lewis v. Dretke*, 355 F.3d. 364 (5th Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . 93, 157
*Marshall v. Cathel*, 428 F.3d 452 (3rd Cir. 2005). . . . . . . . . . . . . . . . . . . . . . . . . . . 67, 91
*Martin v. Maxey*, 98 F.3d 844 (5th Cir. 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 101
*Miller v. Dretke*, 420 F.3d 356 (5th Cir. 2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72
*Moore v. Gibson*, 195 F.3d 1152 (10th Cir. 1999). . . . . . . . . . . . . . . . . . . . . . . . . . . . 148
*Murphy v. Netherland*, 116 F.3d 97 (4th Cir. 1997) . . . . . . . . . . . . . . . . . . . . . . . . 63, 160
*Osagiede v. United States*, 543 F.3d 399 (7th Cir. Sept. 9, 2008) . . . . . . . . . . . . . . . . . 160
*Outten v. Kearney*, 464 F.3d 401 (3rd Cir. 2006). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91
*Poindexter v. Mitchell*, 454 F.3d 564 (6th Cir. 2006). . . . . . . . . . . . . . . . . . . . . . . . 63, 67
*Powell v. Collins*, 332 F.3d 376 (6th Cir. 2003). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94
*Pursell v. Horn*, 187 F. Supp. 2d 260 (W.D. Pa. 2002). . . . . . . . . . . . . . . . . . . . . . . 93, 94
*Rosales v. Dretke*, 444 F.3d 703 (5th Cir. 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100
*Rubino v. Lynaugh*, 845 F.2d 1266 (5th Cir. 1988). . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
*Ruiz v. Quarterman*, 504 F.3d 523 (5th Cir. 2007). . . . . . . . . . . . . . . . . . . . . . . . 103, 104
*Smith v. Mullin*, 379 F.3d 919 (10th Cir. 2004). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93
*Smith v. Stewart*, 189 F.3d 1004 (9th Cir. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 87
*Soffar v. Dretke*, 368 F.3d 441, *amended*, 391 F.3d 703 (5th Cir. 2004) . . . . . . . . . . . . 73
*United States ex rel. Emerson v. Gramley*, 883 F. Supp. 225 (N.D. Ill. 1995). . . . . . . . . 61
*United States v. Chavez-Villarreal*, 3 F.3d 124 (5th Cir.1993). . . . . . . . . . . . . . . . . . . . 31
*United States v. Dortch*, 199 F.3d 193 (5th Cir.1999). . . . . . . . . . . . . . . . . . . . . . . . . . 31
*United States v. Kye Soo Lee*, 898 F.2d 1034 (5th Cir. 1990). . . . . . . . . . . . . . . . . . . . . 30
*United States v. Martinez*, 588 F.2d 495 (5th Cir. 1971). . . . . . . . . . . . . . . . . . . . . . 40, 44
*United States v. Rangel Gonzalez*, 617 F.2d 529 (9th Cir. 1980) . . . . . . . . . . . . . 151, 154
*United States v. Rivas*, 157 F.3d 364 (5th Cir.1998). . . . . . . . . . . . . . . . . . . . . . . . . . . 32
*White v. Roper*, 416 F.3d 728 (8th Cir. 2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72
*Williams v. Anderson*, 460 F.3d 789 (6th Cir. 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . 73

**State Cases**
*Colella v. State*, 915 S.W.2d 834 (Tex. Cr. App. 1995). . . . . . . . . . . . . . . . . . . . . . . . . 47
*Commonwealth v. Alvarez*, 740 N.E.2d 610 (Mass. 2000) . . . . . . . . . . . . . . . . . . . . . . 97
*Ex parte Campbell*, 226 S.W.3d 418 (Tex. Crim. App. 2007). . . . . . . . . . . . . . . 102-104
*Ex parte Fierro*, 934 S.W.2d 370 (Tex. Crim. App. 1996). . . . . . . . . . . . . . . . . . . . . . 155

*Ex parte Gonzales*, 204 S.W.3d 391 (Tex. Crim. App. 2006)........................ 66, 97
*Ex parte Ibarra*, No. 48,832-01 (Tex.Crim.App. April 4th, 2001)................... 2-4, 101
*Ex parte Medellin*, 223 S.W.3d 315 (Tex. Crim. App. 2006)....................... 3, 141
*Gordon v. State*, 640 S.W.2d 743 (Tex. App. - San Antonio, 1982)................ 20
*Ibarra v. State*, 11 S.W.3d 189 (Tex.Crim.App. 1999)........................... 1, 133, 148
*In re Lucas*, 94 P.3d 477 (Cal. 2004)........................................ 62
*Keeton v. State*, 724 S.W.2d 58 (Tex. Cr. App. 1987)........................... 53
*Ledezma v. State*, 626 NW.2d 134 (Iowa 2001).................................. 153
*Marquez-Burrola v. State*, 157 P.3d 749 (Okla Crim. App. 2007)......... 64, 73, 92, 160, 161
*People v. Morgan*, 719 N.E.2d 681 (Ill. 1999).................................. 92
*State v. Moore*, 927 P.2d 1073 (OR 1996)...................................... 54
*State v. Sullivan*, 596 So. 2d 177 (La. 1992), *rev'd on other grounds*, 508 U.S. 275 (1993).... 66
*Torres v. State*, 120 P.3d 1184 (Okla. Crim. App. 2005)............... 64, 151-153, 155, 159
*Valdez v. State*, 46 P.3d 703 (Okla. Crim. App. 2002)..................... 63, 152, 153, 159

**Cert Petitions**
*Ibarra v. Texas* No. 99-8794................................................. 1, 3

**State Statutes**
Texas Code of Criminal Procedure, Article 18.01............................... 19-21
Texas Code of Criminal Procedure, Article 18.02............................... 19-21
Texas Code of Criminal Procedure, Article 37.071............................. 46-48, 51

**Executive Declarations**
*Presidential Determination of February 28, 2005*....................... 3, 139, 140, 142

**Proposed Legislation**
Avena Case Implementation Act of 2008 (H.R. 6481)............................ 145

**International Law Opinion**
Case Concerning Avena and Other Mexican Nationals (Mex. v. U.S.A.), 2004 I.C.J. 128
  (Mar. 31, 2004)................... 3, 132-134, 137-139, 141, 142, 144-146, 154, 161

**Treatises and Other Authorities**
American Association on Mental Retardation, *Mental Retardation: Definition, Classification,
  and Systems of Supports* 1 (10th ed. 2002).................... 108, 109, 111, 112, 120
American Association on Mental Retardation, *Mental Retardation:
  Definition, Classification, and Systems of Supports* 5 (9th ed. 1992).......... 107-111
American Psychiatric Association, *Diagnostic and Statistical
  Manual of Mental Disorders*.......................................... 108, 110
Bright, *The Death Penalty As the Answer to Crime: Costly, Counterproductive
  and Corrupting*, 36 Santa Clara L. Rev. 1069, 1085-86 (1996)................. 62

Fleischman, *Reciprocity Unmasked: The Role of the Mexican Government in Defense of Its Foreign Nationals in United States Death Penalty Cases*,
20 ARIZ. J. INT'L & COMP. L. 359, 365-74 (2003) .............................. 153
Goodpaster, *Effective Assistance of Counsel in Capital Cases*,
58 N.Y.U. L. Rev. 299 (1983). ....................................... 62
Lyon, *Defending the Death Penalty Case: What Makes Death Different?*,
42 Mercer L.Rev. 695 (1991) ......................................... 90
Wigmore, *Evidence* (J. Chadbourn rev. 1974).. ............................ 41, 45